1  HOPE ANNE CASE, Bar No. CA-157089
   hope.case@dlapiper.com
2  DLA PIPER LLP (US)
   2000 University Avenue
3  East Palo Alto, CA 94303-2214
   Tel: 650.833.2000
4  Fax: 650.833.2001

5  Attorneys for Defendants
   DELTA STAR EMPLOYEE STOCK OWNERSHIP
6  PLAN, TRUSTEES OF THE DELTA STAR
   EMPLOYEE STOCK OWNERSHIP PLAN,
7  DELTA STAR, INC., and JASON GREENE

8
                 UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                 SAN FRANCISCO DIVISION
11

12 | JOHN BALSLEY, an individual,              | CASE NO. CV 09-2952 TEH
13 |        Plaintiff,                          | STIPULATION FOR EXTENSION OF TIME
   |                                            | TO RESPOND TO PLAINTIFF'S
14 |     v.                                     | COMPLAINT
15 | DELTA STAR EMPLOYEE STOCK
   | OWNERSHIP PLAN, an Employee
16 | Benefits Plan under ERISA; TRUSTEES
   | OF THE DELTA STAR EMPLOYEE
17 | STOCK OWNERSHIP PLAN; DELTA
   | STAR, INC., a Delaware corporation;
18 | JASON GREENE, an individual; and
   | DOES 1 through 100,
19 |
   |        Defendants.
20

21         Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated

22 and agreed by Plaintiff and Defendants DELTA STAR EMPLOYEE STOCK OWNERSHIP

23 PLAN, TRUSTEES OF THE DELTA STAR EMPLOYEE STOCK OWNERSHIP PLAN,

24 DELTA STAR, INC., and JASON GREENE (collectively "Defendants"), by and through their

25 attorneys, as follows:

26         WHEREAS Plaintiff filed and served a Complaint in this Action; and

27         WHEREAS Defendants desire a short extension of time to evaluate Plaintiff's allegations

28 and to make an appropriate response;

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21760700.1
365395-000020

-1-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT/CASE NO. CV 09-2952 TEH

1  IT IS HEREBY STIPULATED by and between Defendants and Plaintiff, through their
2  respective attorneys, that Defendants' time in which to respond to Plaintiff's Complaint is
3  extended to and until August 18, 2009.

5  Dated: July 31, 2009

DLA PIPER LLP (US)

By _____
HOPE ANNE CASE
Attorneys for Defendants
DELTA STAR EMPLOYEE STOCK
OWNERSHIP PLAN, TRUSTEES OF THE
DELTA STAR EMPLOYEE STOCK
OWNERSHIP PLAN, DELTA STAR, INC.,
and JASON GREENE

Dated: July 31, 2009

BUTTERFIELD SCHECHTER LLP

By _____
MARC S. SCHECHTER
SUSAN L. METER
Attorney for Plaintiff
JOHN BALSLEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Thelton E. Henderson
08/03/09

DLA PIPER LLP (US)
EAST PALO ALTO
WEST\21760700.1
365395-000020
-2-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT/CASE NO. CV 09-2952 TEH