1  HOPE ANNE CASE, Bar No. CA-157089
   hope.case@dlapiper.com
2  MARGARET A. CRAWFORD (Bar No. CA-238205)
   maggie.crawford@dlapiper.com
3  DLA PIPER LLP (US)
   2000 University Avenue
4  East Palo Alto, CA  94303-2214
   Tel:  650.833.2000
5  Fax:  650.833.2001

6  Attorneys for Defendants
   DELTA STAR EMPLOYEE STOCK OWNERSHIP
7  PLAN, TRUSTEES OF THE DELTA STAR
   EMPLOYEE STOCK OWNERSHIP PLAN, DELTA
8  STAR, INC., and JASON GREENE

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  JOHN BALSLEY, an individual,              CASE NO.  CV 09-2952 TEH

14              Plaintiff,                     STIPULATION FOR EXTENSION OF TIME
                                               TO RESPOND TO PLAINTIFF'S
15        v.                                   COMPLAINT

16  DELTA STAR EMPLOYEE STOCK
    OWNERSHIP PLAN, an Employee
17  Benefits Plan under ERISA; TRUSTEES
    OF THE DELTA STAR EMPLOYEE
18  STOCK OWNERSHIP PLAN; DELTA
    STAR, INC., a Delaware corporation;
19  JASON GREENE, an individual; and
    DOES 1 through 100,
20
                Defendants.
21

22        Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated

23  and agreed by Plaintiff and Defendants DELTA STAR EMPLOYEE STOCK OWNERSHIP

24  PLAN, TRUSTEES OF THE DELTA STAR EMPLOYEE STOCK OWNERSHIP PLAN,

25  DELTA STAR, INC., and JASON GREENE (collectively "Defendants"), by and through their

26  attorneys, as follows:

27        WHEREAS Plaintiff filed and served a Complaint in this Action; and

28        WHEREAS Defendants desire an extension of time to evaluate Plaintiff's allegations and

DLA PIPER LLP (US)                          -1-
EAST PALO ALTO      WEST\21779752.1      STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
                    365395-000006                   COMPLAINT/CASE NO. CV 09-2952 TEH

1   to make an appropriate response;

2          IT IS HEREBY STIPULATED by and between Defendants and Plaintiff, through their

3   respective attorneys, that Defendants' time in which to respond to Plaintiff's Complaint is

4   extended to and until August 24, 2009.

5   Dated: August _14_, 2009

6                                                  DLA PIPER LLP (US)

7                                                  By _Margaret A. Crawford_

8                                                     HOPE ANNE CASE
                                                      MARGARET A. CRAWFORD
9                                                     Attorneys for Defendants
                                                      DELTA STAR EMPLOYEE STOCK
10                                                    OWNERSHIP PLAN, TRUSTEES OF THE
                                                      DELTA STAR EMPLOYEE STOCK
11                                                    OWNERSHIP PLAN, DELTA STAR, INC.,
                                                      and JASON GREENE

12

13  Dated: August _14_, 2009

14

15                                                 BUTTERFIELD SCHECHTER LLP

16                                                 By _Susan L. Meter_

17                                                    MARC S. SCHECHTER
                                                      SUSAN L. METER
18                                                    Attorneys for Plaintiff
                                                      JOHN BALSLEY

19  It is so ORDERED.

20

21  Dated: August __17__, 2009

22

23                                                 Judge of the U.S. District Court

24

25

26                                                 Judge Thelton E. Henderson

27

28

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21779752.1
365395-000006

-2-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT/CASE NO. CV 09-2952 TEH