HOPE ANNE CASE, Bar No. CA-157089
hope.case@dlapiper.com
MARGARET A. CRAWFORD (Bar No. CA-238205)
maggie.crawford@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Defendants
DELTA STAR EMPLOYEE STOCK OWNERSHIP
PLAN, TRUSTEES OF THE DELTA STAR
EMPLOYEE STOCK OWNERSHIP PLAN, DELTA
STAR, INC., and JASON GREENE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN BALSLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DELTA STAR EMPLOYEE STOCK OWNERSHIP PLAN, an Employee Benefits Plan under ERISA; TRUSTEES OF THE DELTA STAR EMPLOYEE STOCK OWNERSHIP PLAN; DELTA STAR, INC., a Delaware corporation; JASON GREENE, an individual; and DOES 1 through 100,<br><br>Defendants. | CASE NO.  CV 09-2952 TEH<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated and agreed by Plaintiff and Defendants DELTA STAR EMPLOYEE STOCK OWNERSHIP PLAN, TRUSTEES OF THE DELTA STAR EMPLOYEE STOCK OWNERSHIP PLAN, DELTA STAR, INC., and JASON GREENE (collectively "Defendants"), by and through their attorneys, as follows:

WHEREAS Plaintiff filed and served a First Amended Complaint in this Action; and

WHEREAS Defendants desire a brief extension of time to evaluate Plaintiff's allegations

-1-
WEST\21819632.1    STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT/CASE NO. CV 09-2952 TEH

DLA PIPER LLP (US)
EAST PALO ALTO

1  and to make an appropriate response;

2  IT IS HEREBY STIPULATED by and between Defendants and Plaintiff, through their
3  respective attorneys, that Defendants' time in which to respond to Plaintiff's First Amended
4  Complaint is extended to and until October 30, 2009.

5  Dated: October 27, 2009

6      DLA PIPER LLP (US)

7

8  By /s/ Margaret A. Crawford
    HOPE ANNE CASE
    MARGARET A. CRAWFORD
9      Attorneys for Defendants
    DELTA STAR EMPLOYEE STOCK
10     OWNERSHIP PLAN, TRUSTEES OF THE
    DELTA STAR EMPLOYEE STOCK
11     OWNERSHIP PLAN, DELTA STAR, INC.,
    and JASON GREENE

12

13
   Dated: October 27, 2009

14     BUTTERFIELD SCHECHTER LLP

15

16 By /s/ Susan L. Meter
    MARC S. SCHECHTER
17     SUSAN L. METER
    Attorneys for Plaintiff
18     JOHN BALSLEY

19 It is so ORDERED.

20

21 Dated: ~~October~~ 11/02, 2009

    Judge of the U.S. District Court

    Judge Thelton E. Henderson