Marc S. Schechter, Bar No. 116190
Susan L. Meter, Bar No. 236133
Elizabeth M. Sales, Bar No. 250992
BUTTERFIELD SCHECHTER◆LLP
10616 Scripps Summit Court, Ste. 200
San Diego, California 92131-3961
(858)444-2300/FAX (858)444-2345
mschechter@bsllp.com
smeter@bsllp.com
esales@bsllp.com

Attorneys for Plaintiff John Balsley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BALSLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTEES OF THE DELTA STAR EMPLOYEE STOCK OWNERSHIP PLAN; DELTA STAR, INC., a Delaware corporation; JASON GREENE, an individual; and DOES 1 through 100,<br><br>Defendants. | CASE NO. CV-09-2952 TEH<br><br>STIPULATION FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT<br><br>Complaint Filed: June 30, 2009<br>Trial Date:          February 15, 2011 |

On June 23, 2010, Plaintiff filed a motion for leave to file the Second Amended Complaint. Defendants, after reviewing the motion, have decided that they will not oppose the filing of the Second Amended Complaint (concurrently filed herewith) provided, however, that Plaintiff stipulates to reopening of his deposition for purposes of questioning him regarding the new facts of the Second Amended Complaint. Plaintiff has agreed to stipulate to reopening his deposition for this limited purpose. In addition, in light of the fact the Plaintiff received the Summary Plan Description the night prior to the deposition of Jason Greene, Defendants also agree to stipulate to reopening the deposition of Jason Greene for the purpose of questioning him regarding the new factual allegations of the Second Amended Complaint that relate to the Summary Plan Description.

/././

For good cause showing, Plaintiff and Defendants request that the Court grant this Stipulation for filing of the Second Amended Complaint.

DATED: July 6, 2010            BUTTERFIELD SCHECHTER♦LLP

By: /s/ Marc S. Schechter
MARC S. SCHECHTER
SUSAN L. METER
ELIZABETH M. SALES
Attorneys for Plaintiff
John Balsley

DATED: July 6, 2010            DLA PIPER LLP

By: /s/ Hope Ann Case
HOPE ANN CASE
MARGARET A. CRAWFORD
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July _7_, 2010

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

Judge Thelton E. Henderson