UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| JOHN BALSLEY,<br><br>     Plaintiff,<br> v.<br><br>DELTA STAR ESOP, et al.<br><br>     Defendants.<br>_____/ | No. C 09-2952 MEJ<br><br>**ORDER FOR PARTIES TO MEET AND CONFER** |

The Court is in receipt of Plaintiff's counsel's letter regarding a discovery dispute. Upon review of counsel's letter and supporting documentation, the Court ORDERS the parties to meet and confer by October 4, 2010. If unable to resolve the dispute, the parties shall thereafter file a joint letter in compliance with the undersigned's discovery standing order by October 18, 2010.

**IT IS SO ORDERED.**

Dated: September 20, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge