

**BUTTERFIELD SCHECHTER♦LLP**
ATTORNEYS & COUNSELORS

10616 Scripps Summit Court, Suite 200
San Diego, California 92131-3961

858 444-2300  Fax 858 444-2345
www.bsllp.com

**MARC S. SCHECHTER***
mschechter@bsllp.com

*A PROFESSIONAL CORPORATION

October 6, 2010

Hon. Joseph C. Spero
U.S. District Court, Northern Division
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *John Balsley v. Delta Star, Inc., et al.*
     Case No.: 09-cv-02952 TEH

Dear Judge Spero:

Plaintiff and Defendants in the above-entitled action have a discovery dispute. Counsel for Plaintiff and Defendants met and conferred in person during a deposition in Baltimore, Maryland on Thursday, September 30, 2010. The parties need an additional few days to complete the joint letter regarding the discovery dispute and hereby request an extension to file the joint letter through and including Friday, October 8, 2010.

Sincerely,


s/Marc S. Schechter
MARC S. SCHECHTER
BUTTERFIELD SCHECHTER♦LLP
Attorneys for Plaintiff



s/Hope Case
HOPE CASE
DLA Piper LLP (US)
Attorneys for Defendants

Dated: 10/7/10



IT IS SO ORDERED
Judge Joseph C. Spero

{00176624.DOC}