IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BALSLEY,

               Plaintiff,

     v.

TRUSTEES OF THE DELTA STAR EMPLOYEE STOCK OWNERSHIP PLAN, et al.,

               Defendant.

NO. C09-2952 TEH

ORDER SHORTENING TIME

     The Court is in receipt of Plaintiff's request to shorten time on the motion filed on October 18, 2010, to extend time for discovery and dispositive motions. In light of the fact that discovery closes November 1, 2010, the request to shorten time is GRANTED and the motion to extend discovery and dispositive motions will be heard at 10 a.m. on November 1, 2010. Defendants' opposition to the motion shall be filed by October 26, 2010, and Plaintiff's reply shall be filed by October 28, 2010.

**IT IS SO ORDERED.**

Dated: 10/20/10

                                          THELTON E. HENDERSON, JUDGE
                                          UNITED STATES DISTRICT COURT