| | |
|---|---|
| 1 | Marc S. Schechter, Bar No. 116190 |
| 2 | Susan L. Meter, Bar No. 236133 |
|   | Elizabeth M. Sales, Bar No. 250992 |
| 3 | BUTTERFIELD SCHECHTER◆LLP |
|   | 10616 Scripps Summit Court, Ste. 200 |
| 4 | San Diego, California  92131-3961 |
|   | (858)444-2300/FAX (858)444-2345 |
| 5 | mschechter@bsllp.com |
|   | smeter@bsllp.com |
| 6 | esales@bsllp.com |

7   Attorneys for Plaintiff John Balsley

8                UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN BALSLEY, | CASE NO. 09-cv-02952 TEH JCS |
| Plaintiff, | Assigned For All Purposes To:<br>Judge:  Hon. Thelton E.Henderson |
| v. | Dept.:   Courtroom 12, 19th Floor |
| TRUSTEES OF THE DELTA STAR EMPLOYEE STOCK OWNERSHIP PLAN; DELTA STAR, INC., a Delaware corporation; JASON GREENE, an individual; and DOES 1 through 100, | STIPULATION REQUESTING TO VACATE MOTION HEARING FOR EXTENSION OF TIME FOR DISCOVERY AND DISPOSITIVE MOTIONS SCHEDULED FOR NOVEMBER 1, 2010 |
| Defendants. | Complaint Filed:     June 30, 2009<br>Trial Date:              February 15, 2011 |

18   Plaintiff and Defendants hereby submit this Stipulation Requesting to Vacate Motion
19   Hearing for Extension of Time for Discovery and Dispositive Motions Scheduled for
20   November 1, 2010, as the parties have resolved the underlying discovery dispute for which
21   this motion was brought.

22   ././/
23   ././/
24   ././/
25   ././/
26   ././/
27   ././/
28   ././/

BUTTERFIELD
SCHECHTER
◆ LLP
(00177873.DOC)

1

Stipulation Requesting to Vacate Motion Hearing

WHEREFORE, Plaintiff and Defendants respectfully request this Court grant this Joint Motion for to Request to Vacate Motion Hearing for Extension of Time for Discovery and Dispositive Motions Scheduled for November 1, 2010.

DATED: October 28, 2010                BUTTERFIELD SCHECHTER◆LLP


By:   s/Susan L. Meter
     MARC S. SCHECHTER
     SUSAN L. METER
     ELIZABETH M. SALES
     Attorneys for Plaintiff
     John Balsley

DATED: October 28, 2010                DLA PIPER LLP (US)


By:   s/Hope Anne Case
     HOPE ANNE CASE
     NEIL J. DILLOFF
     DALE K, CATHELL
     Attorneys for Defendants
     Trustees Of The Delta Star Employee Stock
     Ownership Plan; Delta Star, Inc, and Jason
     Greene

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 29, 2010

By: _____
   HONORABLE THELTON E. HENDERSON
   UNITED STATES DISTRICT JUDGE

*Judge Thelton E. Henderson* (seal: United States District Court, Northern District of California)

BUTTERFIELD
SCHECHTER
◆ LLP
(00177873.DOC)

2

Stipulation Requesting to Vacate Motion Hearing

Case No.: 09-cv-02952 TEH JCS