Hope Anne Case (Bar No. CA-157089)
*hope.case@dlapiper.com*
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Neil J. Dilloff (*Admitted Pro Hac Vice*)
*neil.dilloff@dlapiper.com*
Dale K. Cathell (*Admitted Pro Hac Vice*)
*dale.cathell@dlapiper.com*
DLA PIPER LLP (US)
6225 Smith Avenue
Baltimore, MD 21209-3600
Tel: 410.580.3000
Fax: 410.580.3138

Attorneys for Defendants Trustees Of The Delta Star Employee Stock Ownership Plan, Delta Star, Inc. and Jason Greene

Marc S. Schechter (Bar No. CA-116190)
Susan L. Meter (Bar No. CA-236133)
BUTTERFIELD SCHECHTER LLP
10616 Scripps Summit Court, Ste. 200
San Diego, California 92131-3961
Tel: 858.444.2300
Fax: 858.444.2345

Attorneys for Plaintiff John Balsley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN BALSLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DELTA STAR EMPLOYEE STOCK OWNERSHIP PLAN, an Employee Benefits Plan under ERISA; TRUSTEES OF THE DELTA STAR EMPLOYEE STOCK OWNERSHIP PLAN; Delta Star, INC., a Delaware corporation; JASON GREENE, an individual; and DOES 1 through 100,<br><br>Defendants. | CASE NO. CV-09-2952 TEH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 30, 2009<br>Trial Date: February 15, 2011 |

IT IS HEREBY STIPULATED by and among the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety WITH PREJUDICE pursuant to FRCP 41(a)(1)(A)(ii).

Dated: November 30, 2010

Respectfully submitted,

BUTTERFIELD SCHECHTER LLP

By ______________________
MARC S. SCHECHTER
SUSAN L. METER
Attorneys for Plaintiff John Balsley

DLA PIPER LLP (US)

By ______________________
HOPE ANNE CASE
NEIL J. DILLOFF *(Admitted Pro Hac Vice)*
DALE K. CATHELL *(Admitted Pro Hac Vice)*
Attorneys for Defendants Trustees Of The Delta Star Employee Stock Ownership Plan, Delta Star, Inc. and Jason Greene

UNITED STATES DISTRICT COURT
12/1/10
IT IS SO ORDERED
Judge Thelton E. Henderson
NORTHERN DISTRICT OF CALIFORNIA

DLA PIPER LLP (US)
EAST PALO ALTO

EAST\43900899.1

2

STIPULATION OF DISMISSAL WITH PREJUDICE;
(CASE NO. CV-09-2952 TEH)